**FISHER FLOURING MILLS COMPANY, a Corporation, Appellant, v. Alex McK. VIERHUS, Collector of Internal Revenue for the District of Washington, Appellee.**

**RITZVILLE FLOURING MILLS COMPANY, a Corporation, Appellant, v. Alex McK. VIERHUS, etc., Appellee.**

**CENTENNIAL FLOURING MILLS CO., a Corporation, Appellant, v. Alex McK. VIERHUS, etc., Appellee.**

Nos. 7938–7940.

Circuit Court of Appeals, Ninth Circuit.

Oct. 14, 1935.

See, also, 78 F.(2d) 889.

Venables, Graham & Howe and Mc-Micken, Ramsey, Rupp & Schweppe, all of Seattle, Wash., for appellant Fisher Flouring Mills.

Shorts & Hartson and McMicken, Ramsey, Rupp & Schweppe, all of Seattle, Wash., for other appellants.

J. Charles Dennis, U. S. Atty., of Seattle, Wash., and Owen P. Hughes, Asst. U. S. Atty., of Tacoma, Wash., for appellee.

Before WILBUR, MATHEWS, and HANEY, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, and good cause therefor appearing, ordered, appeal in each of above causes dismissed, without costs, and mandates issued forthwith.

**FORD MOTOR COMPANY, Appellant, v. E. A. RASBERRY, Appellee.**

No. 3941.

Circuit Court of Appeals, Fourth Circuit.

Nov. 21, 1935.

A. D. Ward and L. I. Moore, both of New Bern, N. C., and J. B. James, of Greenville, N. C., for appellant.

Finch, Rand & Finch, of Wilson, N. C., and K. A. Pittman, of Snow Hill, N. C., for appellee.

PER CURIAM.

On joint petition, appeal is dismissed, at the cost of the appellant.